NOTICE: This opinion is subject to modification resulting from motions for reconsideration under Supreme Court Rule 27, the Court's reconsideration, and editorial revisions by the Reporter of Decisions. The version of the opinion published in the Advance Sheets for the Georgia Reports, designated as the "Final Copy," will replace any prior version on the Court's website and docket. A bound volume of the Georgia Reports will contain the final and official text of the opinion.

In the Supreme Court of Georgia

Decided: March 5, 2024

S24Y0566. IN THE MATTER OF SHAQUANDRA A. WOODS.

PER CURIAM.

This disciplinary matter is before the Court on the Petition for Voluntary Suspension of License Pending Appeal filed by Shaquandra A. Woods (State Bar No. 579239) seeking the voluntary suspension of her license to practice law pending the outcome of an appeal of her criminal conviction, filed prior to the issuance of a formal complaint under Bar Rule 4-227 (b) (2). In her petition, Woods, who has been a member of the Bar since 2019, admits that on December 8, 2023, in the United States District Court for the Southern District of Georgia, she was found guilty of conspiracy to commit wire fraud, a felony, under 18 USC § 1349 and that her sentencing is scheduled for March 28, 2024. Woods admits that her conviction violates Rule 8.4 (a) (2) of the Georgia Rules of

Professional Conduct found in Bar Rule 4-102 (d). The maximum penalty for a violation of Rule 8.4 (a) (2) is disbarment. Woods represents that she plans to appeal her conviction. Woods states that she will notify the State Bar of the final disposition of her appeal within ten days of that disposition and that she will also comply with the requirements of Bar Rule 4-219 (b). Woods prays that the Court accept her Petition for Voluntary Suspension of License Pending Appeal. In its response, the State Bar recommends that this Court accept Woods's Petition for Voluntary Suspension of License Pending Appeal.

We have reviewed the record and agree to accept Woods's Petition for Voluntary Suspension of License Pending Appeal. See *In the Matter of Huber*, 314 Ga. 426 (877 SE2d 243) (2022) (accepting petition seeking an order of interim suspension of license pending appeal of criminal convictions); *In the Matter of McIver*, 303 Ga. 802 (815 SE2d 53) (2018) (accepting petition seeking voluntary suspension of license pending outcome of appeal of criminal convictions). Accordingly, it is hereby ordered that Shaquandra A.

Woods be suspended from the practice of law in this State pending the outcome of her direct appeal and until further order of this Court. Woods is ordered to notify the State Bar's Office of General Counsel in writing within 10 days of the final disposition of her direct appeal. Woods is reminded of her duties pursuant to Bar Rule 4-219 (b).

*Petition for interim suspension accepted. Suspension until further order of this Court. All the Justices concur.*